

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2015

No. 04-15-00338-CV

Arthur **BUTCHER,**
Appellant

v.

**CITY OF SAN ANTONIO,** Acting by and through its agent City Public Service Board d/b/a
CPS Energy,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05172
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The trial court signed a final judgment on April 27, 2015. Appellant's notice of appeal was due to be filed on May 27, 2015. *See* TEX. R. APP. P. 26.1(a). Appellant filed his notice of appeal on June 1, 2015. A motion for extension of time in which to file the notice of appeal was due on June 11, 2015. *See* TEX. R. APP. P. 26.3. In response to a July 21, 2015 show cause order issued by this court noting the late notice of appeal, appellant's attorney responded and cited to a motion for extension of time filed on June 2, 2015, which this court had not yet ruled on.

The motion for extension of time is GRANTED. The clerk's record has been filed and the docketing statement indicates there is no reporter's record. Therefore, appellant's brief is due no later than September 17, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court